414 A.2d 310

COMMONWEALTH of Pennsylvania, Appellee,

v.

Mack TRUESDALE, Appellant.

Supreme Court of Pennsylvania.

April 24, 1980.

Decided May 30, 1980.

Robert B. Mozenter, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Division, Asst. Dist. Atty., Ellen Mattleman, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY, and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

Order affirmed.